1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   E-mail: usdceast@hubslaw.com
5

6  Attorneys for Plaintiff Robert Dodson

7
   MICHAEL D. BRUNO, SBN 166805
8  ADAM B. SUGARMAN, SBN 238470
   GORDON & REES LLP
9  275 BATTERY STREET, SUITE 2000
   SAN FRANCISCO, CALIFORNIA 94111
10 Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
11

12 Attorney for Defendant Grocery Outlet Inc..

13

14

15                    UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17 ROBERT DODSON,                        Case No. CIV. S-09-00876-JAM-GGH

18        Plaintiff,

19 v.                                    **STIPULATION OF DISMISSAL AND**
                                         **ORDER THEREON**
20 GROCERY OUTLET, INC. GROCERY
   OUTLET; RALPH ERNEST BEARD dba
21 GROCERY OUTLET; CYNTHIA MARIE
   BEARD dba GROCERY OUTLET; PETER
22 P. BOLLINGER INVESTMENT CO., LP;
   PETER P. BOLLINGER, TRUSTEE OF THE
23 PPB REVOCABLE TRUST,

24        Defendants.

25 _____/

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon          *Grocery Outlet, Inc., et al.*
                                                               CIV. S-09-00876-JAM-GGH

1    TO THE COURT AND ALL PARTIES:

2         Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT

3    DODSON, and defendants, GROCERY OUTLET, INC.,GROCERY OUTLET, and pursuant

4    to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with

5    prejudice from the above-entitled action.

6

7

8    Dated: August 27, 2009              DISABLED ADVOCACY GROUP, APLC

9

10                                       *s/s Lynn Hubbard III*
                                         LYNN HUBBARD III
11                                       Attorney for Plaintiff

12
     Dated: August 27, 2009              GORDON & REES LLP
13

14

15                                       *s/s Adam B. Sugarman*
                                         MICHAEL D. BRUNO
16                                       ADAM B. SUGARMAN
                                         Attorney for Defendant Grocery Outlet, Inc.
17

18

19

20                                       **ORDER**

21        IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-09-

22   00876-JAM-GGH, is hereby dismissed with prejudice.

23

24   Dated: August 27, 2009              /s/ John A. Mendez
                                         United States District Court Judge
25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon                    *Grocery Outlet, Inc., et al.*
CIV. S-09-00876-JAM-GGH